**UNPUBLISHED ORDER**

Not to be cited per Circuit Rule 53

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 24, 2005

***Before***

**Hon. William J. Bauer,** *Circuit Judge*

**Hon. Ilana Diamond Rovner,** *Circuit Judge*

**Hon. Ann Claire Williams,** *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, | ] Appeal from the United ] States District Court for ] the Southern District of |
| No. 03-3716 v. | ] Illinois. ] |
| RONALD E. BLAKE, Defendant-Appellant. | ] No. 02 CR 30086 ] ] G. Patrick Murphy, ]    Chief Judge. |

O R D E R

After concluding that Ronald Blake's conviction should be affirmed, we ordered a limited remand so that the district judge could determine whether the sentence he imposed is appropriate, given that the federal sentencing guidelines are no longer mandatory. See *United States v. Booker*, 125 S. Ct. 735 (2005).

On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district judge concluded that he would have imposed a different sentence had he known that the federal sentencing guidelines were merely advisory.

Both parties were offered the opportunity to respond before we finally resolve the appeal; the defendant responded but the plaintiff responded late. Accordingly,

IT IS ORDERED that the sentence imposed by the district court is VACATED, and the case is REMANDED for re-sentencing.